JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROYLAN PEREZ, et al., | Case No.: EDCV 12-1434 DSF (SPx) |
| Plaintiffs, | |
| vs. | JUDGMENT |
| AMERICAN BROKERS CONDUIT, et al., | |
| Defendants. | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having granted the motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 11/1/12

_____
Dale S. Fischer
United States District Judge